Paul L. FREEMAN, Plaintiff/Appellant,

v.

Tom KINWORTHY and United Fire & Casualty Company, Defendants/Respondents.

No. 57818.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 26, 1991.

Daniel R. Devereaux, St. Louis, for plaintiff/appellant.

Ray Dickhaner, Hillsboro, for defendants/respondents.

## ORDER

PER CURIAM.

In this automobile accident case, plaintiff appeals a $25,000.00 jury verdict in his favor. He contends the damages he was awarded were inadequate.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).